# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ROBERT GENE BAILEY,<br>  Plaintiff,<br><br>v.<br><br>WILLIAM C. TOMAN, JR., ET AL.,<br>  Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-234-D** |

**Decision by the Court:**

   IT IS ORDERED AND ADJUDGED that the Court DISMISSES Plaintiff's Complaint under 28 U.S.C. § 1915(g). The Clerk shall close the case.

   **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**APRIL 16, 2013**</u> WITH A COPY TO:

Robert Gene Bailey, Pro Se (Via USPS to #-0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)


<u>April 16, 2013</u>                                        JULIE A. RICHARDS, Clerk
Date                                                Eastern District of North Carolina

                                                <u>/s/ Debby Sawyer            </u>
                                                (By) Deputy Clerk

Raleigh, North Carolina